IN UNITED STATES THE DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER HOBBS and<br>CHERI HOBBS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED HOME INSURANCE<br>COMPANY, an Arkansas corporation,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No.  15-cv-00285-JHP<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Christopher Hobbs and Cheri Hobbs and Defendant United Home Insurance Company, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that the above-styled and numbered action is dismissed with prejudice, with each party bearing their own costs and attorney's fees.

　　　　　　　　　　　　　　　　　　*s/Michael T. Maloan*
　　　　　　　　　　　　　　　　　Larry D. Ottaway, OBA No. 6816
　　　　　　　　　　　　　　　　　Michael T. Maloan, OBA No. 15097
　　　　　　　　　　　　　　　　　Jason T. Rogers, OBA No. 18454
　　　　　　　　　　　　　　　　　FOLIART, HUFF, OTTAWAY & BOTTOM
　　　　　　　　　　　　　　　　　201 Robert S. Kerr Avenue, 12th Floor
　　　　　　　　　　　　　　　　　Oklahoma City, OK  73102
　　　　　　　　　　　　　　　　　Telephone:  (405) 232-4633
　　　　　　　　　　　　　　　　　Facsimile:  (405) 232-3462
　　　　　　　　　　　　　　　　　Email:  larryottaway@oklahomacounsel.com
　　　　　　　　　　　　　　　　　Email:  michaelmaloan@oklahomacounsel.com
　　　　　　　　　　　　　　　　　Email:  jasonrogers@oklahomacounsel.com

　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　UNITED HOME INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of April, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. Ben Baker, OBA #21475
109 North Second Street
Purcell, OK 73080
-and-
Mr. Scott G. Hunziker, TSBN #24032446
The Voss Law Firm, PC
The Voss Law Center
26619 Interstate 45 South
The Woodlands, TX  77380
    Attorneys for Plaintiff

Mr. R. Thomas Cooper, OBA #15746
Pignato, Cooper, Kolker & Roberson, P.C.
Robinson Renaissance Building
119 North Robinson, 11th Floor
Oklahoma City, OK  73102
    Attorney for Defendant
    Hinson Insurance Agency, Inc.

                                  *s/Michael T. Maloan*
                                  Michael T. Maloan